Official Form 1 (10/06)

# United States Bankruptcy Court
## Western District of Washington

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Skippers, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**91-0843321** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**170 W. Dayton St. #204**<br>**Edmonds, WA**                ZIP Code **98020** | Street Address of Joint Debtor (No. and Street, City, and State):                ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Snohomish** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                ZIP Code | Mailing Address of Joint Debtor (if different from street address):                ZIP Code |
| Location of Principal Assets of Business Debtor **See Attached**<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
   *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Skippers, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
     Signature of Attorney for Debtor(s)      (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment aganist the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Skippers, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X *[signature]*
Signature of Attorney for Debtor(s)
**James L. Day WSBA #20474**
Printed Name of Attorney for Debtor(s)
**Bush Strout & Kornfeld**
Firm Name
**601 Union Street #5500**
**Seattle, WA 98101-2373**

_____
Address

**206-292-2110  Fax: 206-292-2104**
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual
**Kelly Barrett**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
12/12/06
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Skippers, Inc.                                    Case No._____

# ATTACHMENT TO VOLUNTARY PETITION

# LOCATION OF PRINCIPAL ASSETS

**SEATTLE CRAB CO./SKIPPERS**
170 W Dayton, Ste 204
Edmonds, WA 98020
P 425-563-9200  F 425-563-9201

**SEATTLE CRAB CO.**
1000 NE NORTHGATE WAY, SEATTLE, WA 98125
Fax (206) 366-8918

**SIMARD, WA (D)**
901 SW 148TH ST, BURIEN WA 98166-1853
**MARYSVILLE, WA**
1035 STATE STREET, MARYSVILLE, WA 98270-4240
**BALLARD, WA**
5305 15TH AVE. NW, SEATTLE, WA 98107-3808
**MOUNT VERNON, WA**
MT. VERNON MALL 323 E. COLLEGE WY, MT. VERNON, WA 98273-5431
**EDMONDS, WA**
102 MAIN STREET, EDMONDS, WA 98020-3132
**ISSAQUAH, WA**
670 FRONT ST. N., ISSAQUAH, WA 98027
**PUGET PARK, WA**
12811 - 4TH AVE. W, EVERETT, WA 98204
**BELLINGHAM, WA**
1825 GRANT ST., BELLINGHAM, WA 98225
**MONROE, WA (D)**
19351 SR2, MONROE, WA 98272

**LAKEWOOD, WA**
10924 BRIDGEPORT WY SW, TACOMA, WA 98499-3512
**PARKLAND, WA**
13721 PACIFIC AVE., TACOMA, WA 98444-4745
**WESTGATE, WA**
2501 N. PEARL, TACOMA, WA 98407
**PUYALLUP, WA (D)**
1420 E. MAIN STREET, PUYALLUP, WA 98372
**PACIFIC AVE, WA**
4710 PACIFIC AVE., TACOMA, WA 98408-7740
**ABERDEEN, WA**
1105 EAST WISHKAH, ABERDEEN, WA 98520-4222
**S. PUYALLUP, WA**
3932 S. MERIDIAN., PUYALLUP, WA 98373
**BENSON HWY, WA (D)**
17808 108TH AVE. SE, RENTON, WA 98055
**SILVERDALE, WA**
10725 SILVERDALE WAY NW, SILVERDALE, WA 98383
PO BOX 3324, SILVERDALE, WA 98383
**AUBURN, WA (D)**
1202 AUBURN WAY N, AUBURN, WA 98002

**WENATCHEE, WA (D)**
1512 N. WENATCHEE AVE., WENATCHEE, WA 98801
**PASCO, WA**
2226 W. COURT ST., PASCO, WA 99301-3937
**YAKIMA, WA**
2304 W. NOB HILL BLVD., YAKIMA, WA 98902-5237
**LACEY, WA**
3812 PACIFIC AVE SE, LACEY, WA 98503

**CHEHALIS, WA**
2601 NE KRESKY, CHEHALIS, WA 98532-2411

**SEATTLE CRAB CO./SKIPPERS**
170 W Dayton, Ste 204
Edmonds, WA 98020
P 425-563-9200   F 425-563-9201

**UNION GAP, WA**
2511 MAIN STREET, UNION GAP, WA 98903-1605
**KENNEWICK, WA**
3307 W KENNEWICK AVE., KENNEWICK, WA 99336
**THE DALLES, OR**
1465 W 6TH ST., THE DALLES, OR 97058
**ELLENSBURG, WA**
1210 S. CANYON RD., ELLENSBURG, WA 98926

**W. SPOKANE, WA**
3320 N. MONROE, SPOKANE, WA  99205
**MOSES LAKE, WA (D)**
611 STRATFORD RD, MOSES LAKE, WA 98837-1509
**MINNESOTA, AK**
3611 MINNESOTA DR., ANCHORAGE, AK 99503
**DIMOND, AK**
601 E. DIMOND BLVD., ANCHORAGE, AK 99515
**COEUR d'ALENE, ID (D)**
SILVER LAKE MALL, 327 W. HANLEY AVE, COEUR d'ALENE, ID 83814
**SPRAGUE AVE, WA**
13920 E SPRAGUE, SPOKANE, WA 99216-2136
**SPOKANE, WA**
N 7115 DIVISION ST., SUITE A, SPOKANE, WA 99218
(509) 467-8435  (509) 467-8436

**SAN RAFAEL, OR**
1740 NE 122ND, PORTLAND, OR 97230-1939
**HAZEL DELL, WA**
6304 HWY 99, VANCOUVER, WA 98665-8715
**ALBANY, OR**
2987 SANTIAM HWY SE, ALBANY, OR 97321-5257
**SPRINGFIELD, OR**
1865 OLYMPIC, SPRINGFIELD, OR 97477-3457
**EAST SALEM, OR**
1735 LANCASTER DR NE, SALEM, OR 97305
**GRANTS PASS, OR**
1950 NE 7TH, GRANTS PASS, OR 97526
**ROSEBURG, OR**
ROSEBURG VALLEY MALL #J-9,
2090 STEWART PKWY, ROSEBURG, OR 97470
**VAN. MALL, WA (D)**
8101 NE VANCOUVER MALL DR, VANCOUVER, WA 98662
**CLACKAMAS, OR**
10859 SE 82ND AVE., PORTLAND, OR 97086
**TIGARD, OR**
11685 PACIFIC HWY, TIGARD, OR 97223
**KLAMATH FALLS, OR ( D)**
1737 AVALON, KLAMATH FALLS, OR 97601
**N. MEDFORD, OR  (D)**
1765 N. RIVERSIDE DR., MEDFORD, OR 97501
**LONGVIEW, WA  (D)**
Fx 360-425-0581  –  1304 OCEAN BEACH HWY, LONGVIEW, WA 98632

**SEATTLE CRAB CO./SKIPPERS**
170 W Dayton, Ste 204
Edmonds, WA 98020
P 425-563-9200  F 425-563-9201

**POCATELLO, ID**
303 E. ALAMEDA, POCATELLO, ID 83201-3619
**NAMPA, ID**
1124 CALDWELL BLVD., NAMPA, ID 83651-1720
**FAIRVIEW, ID**
5588 FAIRVIEW AVE., BOISE, ID 83706-1165
**ONTARIO, OR (D)**
1106 SW 4TH AVE., ONTARIO, OR 97914-2130
**TWIN FALLS, ID**
334 BLUE LAKES BLVD. N., TWIN FALLS, ID 83301-1827
**MURRAY, UT (D)**
880 EAST 5600 S., MURRAY, UT 84107-6434
**OGDEN SOUTH, UT**
3701 WALL AVE., OGDEN, UT 84405
**S. IDAHO FALLS, ID**
2090 E. 17TH ST., IDAHO FALLS, ID 83404
**HUNTER, UT (D)**
3455 S. 5600 W., WEST VALLEY CITY, UT 84120
**OREM, UT (D)**
115 N. STATE ST., OREM, UT 84057
**BROADWAY, ID**
220 S. BROADWAY, BOISE, ID 83702

---

Franchises:

61165 S Hwy 97, Bend, OR 97702

719 21st St., Lewiston, ID 83501

P.O. Box 10604, Kalispell, MT 59901

2150 Yakima Valley Hwy, Sunnyside, WA 98944

12/11/2006
MANAGERS NAME UNDERLINED INDICATES TRAINING RESTAURANT
(D) – DRIVE-THRU RESTAURANT   COMPANY RESTAURANT – 60   FRANCHISE RESTAURANT – 4

Form 4
(10/05)

# United States Bankruptcy Court
## Western District of Washington

In re **Skippers, Inc.**　　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter　**11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| FSA WA<br>PO BOX 34006<br>SEATTLE, WA 98124 | Linda<br>FSA WA<br>PO BOX 34006<br>SEATTLE, WA 98124<br>480-972-4105 | | Disputed | 413,483.11 |
| FSA OR<br>PO BOX 34006<br>SEATTLE, WA 98124 | Linda Watson<br>FSA OR<br>PO BOX 34006<br>SEATTLE, WA 98124<br>480-972-4105 | | Disputed | 166,385.76 |
| WA State Tax Commision<br>506 16th Ave. SE<br>Olympia, WA 98501 | WA State Tax Commision<br>506 16th Ave. SE<br>Olympia, WA 98501<br>360-786-5171 | | | 96,670.95 |
| WA State Tax Commision<br>506 16th Ave. SE<br>Olympia, WA 98501 | WA State Tax Commision<br>506 16th Ave. SE<br>Olympia, WA 98501 | | | 85,769.91 |
| WA Employment Security<br>PO Box 9046<br>Olympia, WA 98057-9046 | WA Employment Security<br>PO Box 9046<br>Olympia, WA 98057-9046 | | | 56,028.75 |
| T.J. O'Brien LLC<br>P O Box 970<br>Medford, OR 97501 | T.J. O'Brien LLC<br>P O Box 970<br>Medford, OR 97501 | | Disputed | 37,446.00 |
| RVM Associates, LP<br>15421 Redhill Ave., # E<br>Tustin, CA 92780 | RVM Associates, LP<br>15421 Redhill Ave., # E<br>Tustin, CA 92780<br>714-258-1944 | | Disputed | 30,920.23 |
| National Retail Properties<br>P.O. BOX 992<br>ORLANDO, FL 32801 | Mark J. Opferman<br>National Retail Properties<br>P.O. BOX 992<br>ORLANDO, FL 32801<br>407-650-3685 | | Disputed | 29,604.28 |
| Graham & Dunn PC<br>Pier 70<br>2801 Alaskan Way #300<br>Seattle, WA 98121-1128 | Graham & Dunn PC<br>Pier 70<br>2801 Alaskan Way #300<br>Seattle, WA 98121-1128<br>206-624-8300 | | Disputed | 27,817.33 |

In re  **Skippers, Inc.** _____  Case No. _____
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mailbox Merchants Inc<br>15040 NE Mason Street<br>Portland, OR 97230 | Glen martin<br>Mailbox Merchants Inc<br>15040 NE Mason Street<br>Portland, OR 97230<br>503-345-1194 | | Disputed | 27,306.37 |
| BNN Foods LLC<br>C/O Green Star Foods<br>13601 W McMillan Rd #102<br>Boise, ID 83713 | BNN Foods LLC<br>C/O Green Star Foods<br>13601 W McMillan Rd #102<br>Boise, ID 83713<br>308-938-4057 | | Disputed | 24,000.00 |
| Anita Province<br>4010 Limber Pine Rd<br>Fallbrook, CA 92028 | Anita Province<br>Anita Province<br>4010 Limber Pine Rd<br>Fallbrook, CA 92028<br>760-723-0713 | | Disputed | 22,321.20 |
| M. Catherine O'Brien<br>19265 State Route 2<br>Monroe, WA 98272 | M. Catherine O'Brien<br>19265 State Route 2<br>Monroe, WA 98272 | | Disputed | 22,223.40 |
| Tomlinson Black Mgmt<br>107 S Howard #600<br>Spokane, WA 99201-3818 | Tomlinson Black Mgmt<br>107 S Howard #600<br>Spokane, WA 99201-3818<br>509-623-1000 | | Disputed | 20,959.67 |
| PDC Community Centers<br>Orem Plaza State Street<br>22610 Network Pl<br>Chicago, IL 60673 | PDC Community Centers<br>Orem Plaza State Street<br>22610 Network Pl<br>Chicago, IL 60673<br>801-852-2401 | | Disputed | 20,464.74 |
| Explore Consulting<br>10900 NE 8th Street #200<br>Bellevue, WA 98004 | Explore Consulting<br>10900 NE 8th Street #200<br>Bellevue, WA 98004<br>425-462-0100 | | Disputed | 20,068.75 |
| Pierce Co Budget/Finance Dept<br>615 S 9TH ST # 100<br>TACOMA, WA 98405-4673 | Pierce Co Budget/Finance Dept<br>615 S 9TH ST # 100<br>TACOMA, WA 98405-4673<br>253-798-4246 | | Disputed | 19,965.95 |
| Taylored Restoration Srvcs<br>8535 Dimond D Circle, #A<br>Anchorage, AK 99515 | Taylored Restoration Srvcs<br>8535 Dimond D Circle, #A<br>Anchorage, AK 99515<br>907-344-1239 | | Disputed | 19,842.65 |
| Walsh Design Inc<br>113 NE 55th Street<br>Seattle, WA 98105 | Lisa Henderson<br>Walsh Design Inc<br>113 NE 55th Street<br>Seattle, WA 98105<br>206-284-4430 | | Disputed | 19,403.25 |

In re  **Skippers, Inc.**                                                                 Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ChemMark Inc<br>5606 7th Ave S<br>Seattle, WA 98108 | Ken<br>ChemMark Inc<br>5606 7th Ave S<br>Seattle, WA 98108<br>206-768-9888 | | Disputed | 18,188.78 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  12/12/06           Signature  /s/ Kelly Barrett
                                    **Kelly Barrett**
                                    **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Western District of Washington

In re **Skippers, Inc.**
                                     Debtor

Case No. _____

Chapter _____ 11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 1,940,127.92 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 1,953,962.48 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 19 | | 342,202.32 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 128 | | 4,473,361.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 12 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 172 | | | |
| | | Total Assets | 1,940,127.92 | | |
| | | | Total Liabilities | 6,769,526.40 | |